United States Distric Court

Arthur Burnham

      v

19-cv-40084

United States of America (APA)        ?

Lewis G Evangelidas       19-40064

Worcester County Sheriff's Office  18-40189

Margie Mercurio          19-40084

FILED
IN CLERKS OFFICE
2019 SEP 27 P 12: 11
U.S. DISTRICT COURT
DISTRICT OF MASS.

# NOTICE CHANGE OF ADDRESS

Please take notice Arthur Burnham's Unconstitution restraint on his liberty is now taking Place @ 5 Pual X Tivnan DR, West Boyl-ston Ma 01583.

1. Please Provide me with a docket sheet for the above Captions.

2. Please Provide me with USM Form for service of Process and Certified Copy of 19-40064, with ORDER. Sheriff's tossed me in trash.

09/24/2019
Respectfully
Arthur Burnham